**JS-6 / ENTERED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA JANE SCHULTZ, | ) Case No. EDCV 12-0989-JPR |
| Plaintiff, | ) |
| | ) JUDGMENT |
| vs. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

For the reasons set forth in the accompanying Memorandum Opinion and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is hereby entered in the Commissioner's favor.

DATED: December 19, 2013

*/s/ Jean Rosenbluth*
JEAN ROSENBLUTH
U.S. Magistrate Judge